UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington chartered community bank,<br><br>          Plaintiff,<br><br>  v.<br><br>NIKKI JUDY, O.N. 1331083, its engines, machinery, appurtenances, etc.,<br>*In Rem*;<br> and<br>KENNETH J. ELOFSON-GILBERTSON, a Washington resident,<br>*In Personam*,<br>          Defendants. | IN ADMIRALTY<br><br>Case No.  3:25-cv-05887<br><br>**ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF VESSEL AND COLLATERAL** |

    Plaintiff FIRST FED BANK by and through its attorney Lafcadio Darling of Holmes Weddle & Barcott, P.C., having appeared, now make the following recitals:

    1.  On September 30, 2025, the Complaint herein was filed praying that the *in rem* defendant vessel NIKKI JUDY, Official No. 1331083, her engines, machinery, and appurtenances etc. ("Vessel") be condemned and sold to pay Plaintiff's claims and for other proper relief.

    2.  In the immediate future, the Clerk of this Court is expected to issue a warrant for arrest of the Vessel, commanding the United States Marshal for this District to arrest and take into custody the Vessel and to detain the same in his custody until further order of this Court

ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF VESSEL AND COLLATERAL - 1
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

respecting same.

3. It is contemplated that the United States Marshal will seize the Vessel and her appurtenances forthwith. Custody by the United States Marshal requires the services of one or more keepers at charges substantially in excess of those to be made by the substitute custodian alone, not including charges for moorage and the other services usually associated with safekeeping vessels similar to the defendant Vessel.

4. The Vessel and Collateral is currently located in Callam County, Washington, ans is believed to be moored in Neah Bay, WA. Plaintiff is agreeable to allow Vessel Management Company LLC ("VMC") to assume the responsibility of safekeeping the Vessel, to act as her custodian until further order of this Court, and to move the Vessel and her appurtenances from their current location to a suitable marine facility as VMC deems necessary.

5. The evidence presented supports a finding that the fees and expenses to be charged by VMC for cutody and moorage will be less than the cost of leaving the property in the custody of the Marshal.

6. Jamie O'Neill, Managing Member of VMC, by his declaration submitted herewith states that he can arrange for adequate facilities and supervision for the proper safekeeping of the Vessel and her appurtenances in her current location or elsewhere. Further, in this Declaration VMC accepts, in accordance with the terms of this order, possession of the Vessel, her engines, machinery, and appurtenances etc., which is the subject of the action herein.

7. In consideration of the United States Marshal's consent to the appointment of VMC as substitute custodian, Plaintiff agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of care and custody of the Vessel, from the time the United States Marshal transfers possession of the Vessel over to the substitute custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the United States Marshal from any and all claims whatsoever arising out of the substitute custodian's

ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF VESSEL AND COLLATERAL - 2
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

possession and safekeeping. VMC further provides proof of adequate insurance that covers its liability as well as that of the United States Marshal.

THEREFORE, IT IS ORDERED that the United States Marshal for the Western District of Washington is authorized, upon arrest and seizure of the Vessel and her appurtenances and equipment, pursuant to Warrant for Arrest, to surrender the possession thereof to VMC as Substitute Custodian named herein, and that upon such surrender the United States Marshal shall be discharged from the duties and responsibilities for the safekeeping of the Vessel and held harmless from any and all claims arising whatever out of said custodial services.

IT IS FURTHER ORDERED that VMC is appointed Substitute Custodian of the Vessel and her appurtenances and shall retain the Vessel in its custody for possession and safekeeping until further order of this Court. Said custodian may move the Vessel and her appurtenances from her current location to a secure facility within the District, in such steps and phases as it may determine under the circumstances. All costs for such movement and moorage shall be paid by Plaintiff, and may, upon further order of this Court, be deemed administrative costs herein.

IT IS FURTHER ORDERED that VMC may permit boarding and inspection of the Vessel by repairers, marine surveyors, representatives of plaintiff and prospective purchasers in order to determine the Vessel's condition and value. Costs of such boardings and inspections shall be paid by the party permitted to board and inspect the vessel or may, upon further order of this Court, be deemed administrative costs herein. All persons entering on board the Vessel shall execute a waiver and release in the form attached to the Declaration of Substitute Custodian as Exhibit B thereto.

IT IS FURTHER ORDERED that Plaintiff's attorney shall, upon arrest, serve a copy of this order on the owner of the Vessel or the owner's agent.

IT IS FURTHER requested that the Clerk of this Court deliver three certified copies of this order to the United States Marshal forthwith.

ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF VESSEL AND COLLATERAL - 3
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**SO ORDERED** this 30th day of September, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
HOLMES WEDDLE & BARCOTT, PC
Attorneys for Plaintiff

  *s/ Lafcadio H Darling*
Lafcadio Darling, WSBA No. 29963
3101 Western Avenue, Suite 500
Seattle, Washington 98121-3071
Telephone: (206) 292-8008
Email: ldarling@hwb-law.com

ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT AND INSPECTION OF VESSEL AND COLLATERAL - 4
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289