UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington chartered community bank,<br><br>                            Plaintiff,<br>      v.<br>NIKKI JUDY, O.N. 1331083, its engines, machinery, appurtenances, etc., *In Rem*;<br>  and<br>KENNETH J. ELOFSON-GILBERTSON, a Washington resident, *In Personam*,<br>                            Defendants. | IN ADMIRALTY<br><br>Case No. 3:25-cv-05887<br><br><br>**ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT** |

Upon the Motion of Plaintiff and after the review of the record and files herein, and finding that probable cause for vessel arrest exists, it is

ORDERED that the Clerk shall issue a warrant for the arrest of the defendant vessel NIKKI JUDY, Official No. 1331083, its engines, machinery, appurtenances, etc. It is further

ORDERED that the arrest of the Vessel and its appurtenances shall proceed in such steps and phases as deemed reasonably appropriate under the circumstances by the United States Marshal for this District and the Substitute Custodian appointed in connection herewith, which may require movement of the Vessel.

//

//

//

//

ORDER AUTHORIZING ISSUANCE
OF ARREST WARRANT - 1
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

SO ORDERED this 30th day of September, 2025.

[signature]

BENJAMIN H. SETTLE
United States District Judge

Presented by:
HOLMES WEDDLE & BARCOTT, PC
Attorneys for Plaintiff

*s/ Lafcadio H Darling*
Lafcadio Darling, WSBA No. 29963
*s/ John E. Casperson*
John E. Casperson, WSBA No. 14292
3101 Western Avenue, Suite 500
Seattle, Washington 98121-3071
Telephone: (206) 292-8008
Email: ldarling@hwb-law.com
Email: jcasperson@hwb-law.com

ORDER AUTHORIZING ISSUANCE
OF ARREST WARRANT - 2
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289