UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington chartered community bank, <br><br>                                        Plaintiff, <br><br>       v. <br><br> NIKKI JUDY, O.N. 1331083, its engines, machinery, appurtenances, etc., *In Rem*; and   KENNETH J. ELOFSON-GILBERTSON, a Washington resident, *In Personam*, <br><br>                                        Defendants. | IN ADMIRALTY <br><br> Case No. 3:25-cv-05887-BHS <br><br> **ORDER FOR FORECLOSURE OF MORTGAGE, ENTRY OF JUDGMENT, AWARD OF ATTORNEYS' FEES AND COSTS,  FOR SALE OF VESSEL AND CREDIT BID AUTHORITY** <br><br> ***Clerk's Action Required*** |

THIS MATTER having come on for consideration upon *Motion For (1) Order Foreclosing Mortgage and for Entry Of Default Judgment (2) Award Of Attorneys' Fees And Costs; and (3) Order For Sale and for Credit Bid Authority,* and the Court having considered the pleadings and papers submitted, and having found the attorneys' fees and costs requested to be reasonable, granted that Motion, the Court hereby further FINDS and ORDERS as follows:

1. Plaintiff First Fed Bank, having obtained default against Defendants herein, and having set forth evidence to support its requests for relief, are entitled to the entry of judgment in their favor, and for the foreclosure of their liens under state law and preferred ship mortgage

ORDER FOR FORECLOSURE OF LIEN, ENTRY OF JUDGMENT, AWARD OF ATTORNEYS' FEES & COSTS, FOR SALE OF VESSEL - 1
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1  under federal law.

2      2.   First Fed's mortgage lien established by the Promissory Note and Preferred Ship
3  Mortgage against *in rem* Defendant NIKKI JUDY are hereby foreclosed.

4      3.   First Fed's UCC liens against said Vessel are hereby foreclosed

5      4.   Default judgment shall be entered by the Clerk in favor of plaintiff FIRST FED
6  BANK and against Defendant KENNETH J. ELOFSON-GILBERTSON and *in rem* Defendant
7  F/V NIKKI JUDY as follows:

8          a.   Principal owed in the amount of $235,349.96.

9          b.   Late charges in the amount of $2,784.63.

10         b.   Accrued interest through sale of $37,496.57.

11         c.   Reasonable attorneys' fees and collection costs in the amount of $17,280.50.

12         d.   Marshal's costs incurred through the date of sale in the amount of $3,200.

13         e.   Custodial costs incurred with Vessel Management Company LLC through the
14              date of sale in the amount of $16,184.06.

15  For a total judgment of $312,295.72.

16     5.   The vessel NIKKI JUDY, along with her boats, gear, equipment and appurtenances
17  (collectively, "the Vessel"), have been condemned to be sold by the United States Marshal for
18  the Western District of Washington.  The sale shall occur in accordance with the Supplemental
19  Admiralty Rules and Local Admiralty Rules, as well as the practices and procedures used by
20  the Marshal for this District.

21     6.   Prior to any sale of the Vessel, a notice of sale will be published by Plaintiff or the
22  Marshal daily in accordance with Local Admiralty Rule 145(a) and 150, for a period of eight

23

24  ORDER FOR FORECLOSURE OF LIEN, ENTRY OF JUDGMENT,
    AWARD OF ATTORNEYS' FEES & COSTS, FOR SALE OF VESSEL - 2
    *FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
    No. 3:25-cv-05887-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1   days prior to the day of sale in the Daily Journal of Commerce, either in-print or online.

2         7.     The Vessel and Fishing Rights shall be sold on an "AS IS, WHERE IS" basis at a Marshal's public auction to the highest bidder, free and clear of any liens and encumbrances. The sale shall take place on January 16, 2026 at 1:00 p.m., or at such other time as is agreed by the Marshal and Plaintiff, in the public lobby of the U.S. Courthouse at 1717 Pacific Avenue, Tacoma, Washington.

7         8.     Plaintiff First Fed Bank, or its designee, shall be permitted to attend any sale of the Vessel and shall be permitted to credit bid the judgment entered against Defendants by this Court, in any increment up to the full amount of the judgment. Any portion of the judgment not used as a credit bid for the successful purchase of the Vessel shall remain unsatisfied until paid.

11        9.     Except for any credit bid as authorized herein, any proceeds of the sale of the Vessel shall be deposited in the registry of the Court, and will be held there pending further order of the Court.

14        10.    Upon confirmation of sale of the Vessel, the Marshal shall release the Vessel from custody to the buyer and the Substitute Custodian shall be released.

16        10.    In accordance with Local Admiralty Rule 145(d), at the conclusion of the sale of the Vessel, the Marshal will forthwith file a report of sale, which report shall include the fact of sale, the date thereof, the price obtained, and the name and address of the buyer.

19  DATED this 5th day of January, 2026.

                                  BENJAMIN H. SETTLE
                                  United States District Judge

ORDER FOR FORECLOSURE OF LIEN, ENTRY OF JUDGMENT, AWARD OF ATTORNEYS' FEES & COSTS, FOR SALE OF VESSEL - 3
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887-BHS

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289