JUDGE BENJAMIN H SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST FED BANK, a Washington chartered community bank,<br><br>                  Plaintiff,<br><br>   v.<br><br>NIKKI JUDY, O.N. 1331083, its engines, machinery, appurtenances, etc., *In Rem*;<br>  and<br>KENNETH J. ELOFSON-GILBERTSON, a Washington resident, *In Personam*,<br>                  Defendants. | IN ADMIRALTY<br><br>Case No. 3:25-cv-05887-BHS<br><br>**ORDER TO DISBURSE SALE PROCEEDS TO JUDGMENT CREDITOR** |

Upon Plaintiff's Motion to Disburse Sale Proceeds to Judgment Creditor, and after review of the record herein, and finding that probable cause for this Motion exists, the Court hereby

FINDS that two payments have been made following the Marshal's sale of the *in rem* Defendant Vessel NIKKI JUDY (O.N. 1331083) by the winning bidder in the total amount of $250,000, and those funds have been deposited with the Court pursuant to this Court's Order of January 26, 2026 (Dkt. 21). It is therefore

ORDERED that Plaintiff's Motion is GRANTED. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $250,000.00, plus all accrued interest, payable to "First Fed Bank" and to mail or deliver the check to Lafcadio Darling, Holmes Weddle & Barcott PC, 3101 Western Avenue, #500, Seattle WA 98121.

ORDER DISBURSING
SALE PROCEEDS - 1
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

SO ORDERED this 2nd day of February, 2026.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:
HOLMES WEDDLE & BARCOTT, PC
Attorneys for Plaintiff

  s/ Lafcadio H Darling
Lafcadio Darling, WSBA No. 29963
3101 Western Avenue, Suite 500
Seattle, Washington 98121-3071
Telephone: (206) 292-8008
Email: ldarling@hwb-law.com

ORDER DISBURSING
SALE PROCEEDS - 2
*FIRST FED BANK v NIKKI JUDY, O.N. 1331083, et. al.*
No. 3:25-cv-05887

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289